**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Caprice Sullivan | ) |
| | ) |
| | )      Case No.   1:17-cv-00882 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| Comenity Bank | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | )   **VOLUNTARY DISMISSAL OF CASE** |
| | ) |
| | ) |
| Defendant. | ) |

Now comes Plaintiff, by and through counsel, and Notifies this Honorable Court that

the Case is Dismissed without Prejudice until June 1, 2017, which at that point it would

automatically become Dismissed with Prejudice.

**RESPECTFULLY SUBMITTED,**

Suburban Legal Group, PC

By:   /s/  John P. Carlin
John P. Carlin, Esq.
1305 Remington Road, Suite C
Schaumburg, Il 60173
Tel:  847-843-8600
Fax:  847-843-8605
jcarlin@suburbanlegalgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 12, 2017, a copy of the foregoing Notice was filed electronically. The following party was served via regular U.S. Mail from 1305 Remington Road, Suite C, Schaumburg, Illinois 60173:

Tracy Robinson
**Pilgrim Christakis LLP**
321 North Clark Street
26th Floor
Chicago, Illinois 60654
(312) 379-8547 direct
(773) 703-2388 mobile